```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3859
CONNECTION TEL            917877678605
CONNECTION ID
ST. TIME              06/03 14:53
USAGE T               03'18
PGS. SENT             5
RESULT                OK
```

**HIGH SECURITY CENTER**

# Memo

**To:**   IDA ACOSTA

**From:** ANTHONY AMARAL JR.

**CC:**   FILE

**Date:** 6/3/2003

**Re:**   CERTIFIED COPY OF BIRTH CERTIFICATE

---

THIS AFTERNOON I CALLED THE DEPARTMENT OF HEALTH IN PUERTO RISCO AND SPOKE TO YOU REGARDING A MAN LISTED IN OUR PRISON SYSTEM AS SILO ROSARIO. HE CONTENDS THAT HIS REAL NAME IS REINALDO ARIEL MARTINEZ VILLEGAS.

WE ARE ASKING YOUR HELP IN ESTABLISHING THIS MAN'S IDENTITY. I AM SUPPLYING AN OLD BIRTH CERTIFICATE INDICATING HIS IDENTITY. OUR PAROLE BOARD WANTS A CERTIFIED COPY ( AN ORIGINAL ) INDICATING HIS IDENTITY AND WILL ACCEPT NO OTHER.

I AM SUPPLYING A PICTURE ID OF MYSELF AND NUMBERS WHERE YOU CAN REACH ME. YOU WILL BE ABLE TO VERIFY MY IDENTITY.

MY TELEPHONE NUMBER IS 401-462-2007 AND MY FAX NUMBER IS 1-401-462-2935.

MY RETURN ADDRESS IS ANTHONY AMARAL JR

**HIGH SECURITY CENTER**

# Memo

**To:**   IDA ACOSTA

**From: ANTHONY AMARAL JR.**

**CC:**   FILE

**Date:** 6/10/2003

**Re:**   CERTIFIED COPY OF BIRTH CERTIFICATE

---

THIS AFTERNOON I CALLED THE DEPARTMENT OF HEALTH IN PUERTO RISCO AND SPOKE TO YOU REGARDING A MAN LISTED IN OUR PRISON SYSTEM AS SILO ROSARIO. HE CONTENDS THAT HIS REAL NAME IS REINALDO ARIEL MARTINEZ VILLEGAS.

WE ARE ASKING YOUR HELP IN ESTABLISHING THIS MAN'S IDENTITY. I AM SUPPLYING AN OLD BIRTH CERTIFICATE INDICATING HIS IDENTITY. OUR PAROLE BOARD WANTS A CERTIFIED COPY ( AN ORIGINAL ) INDICATING HIS IDENTITY AND WILL ACCEPT NO OTHER.

I AM SUPPLYING A PICTURE ID OF MYSELF AND NUMBERS WHERE YOU CAN REACH ME. YOU WILL BE ABLE TO VERIFY MY IDENTITY.

MY TELEPHONE NUMBER IS 401-462-2007 AND MY FAX NUMBER IS 1-401-462-2935.

MY RETURN ADDRESS IS ANTHONY AMARAL JR

ADULT COUNSELOR

R.I. DEPARTMENT OF CORRECTIONS

HIGH SECURITY CENTER

P O BOX 8200

CRANSTON, RI 02920

WE ASK YOUR HELP AS A MATTER OF PROFESSIONAL COURTESY.

1

## DEMOGRAPHIC REGISTRY
## INVESTIGATION DIVISION
## HATO REY, PUERTO RICO 00917

## FAX TRANSMISSION COVER SHEET

**DATE :** June 04, 2003

**TO :** Anthony Amaral, Jr.

**AGENCY :** Dept. of Corrections High Security Center, RI

**FAX NUMBER :** 1 (401) 462-2935

**RE :** Reinaldo Ariel Martinez Villegas

**DOB :** March 03, 1966

**POB :** Bayamon, P.R.

**TOTAL PAGES: (INCLUDING COVER)** 1

TELEPHONE# (787) 767-9120 ext. 2204-2206-2207   FAX # (787) 766-1291

## DEMOGRAPHIC REGISTRY OF PUERTO RICO

[X] The birth certification you submitted for review is a true and exact copy of the one file in the Demographic Registry of Puerto Rico.

___ There is no record in our files with the information you submitted to be verified.

___ There is birth certificate on file similar to the one submitted, but there is different information.

___ The information request is true and correct according to the original visual record file in this office.

___ The document you submitted to verify is counterfeit.

**Comments** Father's name is Reinaldo Martinez.

Sincerely,

Aida Acosta-Investigator

Estado Libre Asociado de Puerto Rico
Departamento de Salud
Registro Demografico
**OFICIAL**

José O. Moreno
Director
Investigation Division

Notice: the document being faxed is intended only for the use of the individual or entity to which is referred. The information is privileged and confidential. any unauthorized dissemination, distribution or copies is strictly prohibited.

# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)



**DEPARTAMENTO DE SALUD**
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

**CERTIFICACION DE NACIMIENTO**
(CERTIFICATION OF BIRTH)

**NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)**
152-66-00464-000000-044001

**NOMBRE DEL INSCRITO (NAME OF REGISTRANT)**

REINALDO ARIEL MARTINEZ VILLEGAS

**DOMICILIO (DWELLING HOUSE)**
BAYAMON, PUERTO RICO

**FECHA NACIMIENTO (BIRTHDATE)**
03 MAR 1966

**FECHA INSCRIPCION (REGISTRATION DATE)**
11 MAR 1966

**LUGAR NACIMIENTO (BIRTHPLACE)**
BAYAMON, PUERTO RICO

**SEXO (SEX)**
M

**NOMBRE DE LA MADRE (MOTHER'S NAME)**
ANA LUZ VILLEGAS

**EDAD (AGE)**
32

**LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)**
NARANJITO, PUERTO RICO

**FECHA EXPEDICION (DATE ISSUED)**
02 OCT 1991

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931





**SECRETARIO DE SALUD**
(SECRETARY OF HEALTH)

**DIRECTOR REGISTRO DEMOGRAFICO**
(STATE REGISTRAR)

**ADVERTENCIA: Cualquier alteración o borradura cancela ésta certificación.**

**WARNING: Any alteration or erasure voids this certification.**

**STATE OF RHODE ISLAND**　　　　**DISTRICT COURT**
**PROVIDENCE, Sc.**　　　　　　　**SIXTH DIVISION**

**STATE OF RHODE ISLAND**　　　:

　　　　　　　　　**V.**　　　:　**COMPLAINT NO. 61-**　　-_____
_Reinaldo Martinez AKA,_
_Silo Rosario_　　　　:

## NOTICE OF COURT DATES-MISDEMEANOR CASES

The following court dates have been set on the above-named case:

---

1. Pre-Trial Conference - _9·17·04_ - Courtroom　　9:00 AM

2. Trial - _____ - Courtroom　　9:00 AM

---

3E

THE ABOVE COURT DATES AT THE GARRAHY JUDICIAL COMPLEX IN PROVIDENCE.

IF YOU DO NOT APPEAR ON THESE DATES, A WARRANT WILL BE ISSUED AND YOU WILL BE ARRESTED AND YOU WILL OWE BAIL MONEY AND A $125 WARRANT FEE TO THE STATE!

[　] You have also been referred to the **Public Defender's Office** to determine if you are eligible to be represented by one of their lawyers. Their office is on the first floor of the Garrahy Judicial Complex, One Dorrance Plaza, Room 153. (458-3050) **Go there today!**

　　　　　　　　　　　　ORDERED:
　　　　　　　　　　　　**ALBERT E. DEROBBIO**
$187.00 _CASH BAIL_　　　　**CHIEF JUDGE**

SIGNED: X _Reinaldo martinez_
_Silo Rosario_
　　　　　　(Defendant)

## OFFICIAL DOCUMENT

**Case ID:**          61-1994-10451
**Docket Search Start Date:**
**Docket Search Ending Date:**

### Case Description

| | |
|---|---|
| **Case ID:** | 61-1994-10451 - REINALDO MARTINEZ |
| **Court :** | (CR) CRIMINAL |

**Location :** (6D) 6TH DISTRICT COURT

| | |
|---|---|
| **Filing Date:** | Wednesday, July 13th, 1994 |
| **Type:** | M - MISDEMEANOR |
| **Status:** | ZDISP - CASE DISPOSED |

### Arrest Information

**Arresting Agency :** PAWTUCKET POLICE DEPARTMENT

### Charges

| Charge# | Charge | Disposition / Date | Sentence / Judge |
|---|---|---|---|
| 1 | RECEIVE STOLEN GOODS <$500 | PLEA OF NOLO CONTENDERE 22-JUL-94 | SUSPENDED 1 Year DEROBBIO,JUDGE<br><br>PROBATION 1 Year DEROBBIO,JUDGE<br><br>INDEMNITY FUND DEROBBIO,JUDGE<br><br>PROBATION FUND DEROBBIO,JUDGE<br><br>COURT COSTS DEROBBIO,JUDGE |

### Case Event Schedule

| Event | Date | Location | Judge |
|---|---|---|---|
| ARRAIGNMENT | 13-JUL-1994 | 6TH DISTRICT COURT | INDEGLIA, JUDGE |
| TRIAL | 22-JUL-1994 | 6TH DISTRICT COURT | DEROBBIO, JUDGE |
| COST REVIEW | 29-SEP-1994 | 6TH DISTRICT COURT | *unassigned* |

## Case Parties

| Type | ID | Name | Aliases |
|---|---|---|---|
| DEFENDANT | X0095730 | **MARTINEZ, REINALDO** | *none* |

## Attorneys

*No Attorneys were found.*

## Docket Entries

| Description | |
|---|---|
| 13-JUL-1994 | EVENT ACTION |
| 13-JUL-1994 | DEFT REFERRED PUBLIC DEFENDER |
| 13-JUL-1994 | TYPE OF BAIL SET |
| 13-JUL-1994 | CASE INITIATION |
| 22-JUL-1994 | EVENT ACTION |
| 22-JUL-1994 | CASE DISPOSED |
| 02-AUG-1994 | PAYMENT COMMENTS |
| 02-AUG-1994 | PAYMENTS RECEIPT NUMBER |
| 28-SEP-2004 | WARRANT ISSUED |

| 13-SEP-2004 | REMANDED TO THE ACI |
| 13-SEP-2004 | PET WRIT OF HABEAS CORPUS |
| 13-SEP-2004 | WARRANT CANCELLED |

| Event | Date | Location | Judge |
|-------|------|----------|-------|
| ARRAIGNMENT | 29-MAR-1994 | 6TH DISTRICT COURT | BAIL COMMISSIONER, CAPOZZA |
| VIOLATION OF BAIL | 22-JUL-1994 | 6TH DISTRICT COURT | DEROBBIO, JUDGE |
| COST REVIEW | 29-SEP-1994 | 6TH DISTRICT COURT | *unassigned* |
| ABILITY TO PAY COSTS | 13-SEP-2004 | 6TH DISTRICT COURT | *unassigned* |
| ABILITY TO PAY COSTS | 17-SEP-2004 | 6TH DISTRICT COURT | *unassigned* |

## Case Parties

| Type | ID | Name | Aliases |
|------|-----|------|---------|
| DEFENDANT | X0095730 | **MARTINEZ, REINALDO** | *none* |

## Attorneys

*No Attorneys were found.*

## Docket Entries

| Description | |
|-------------|--|
| 29-MAR-1994 | CASE DISPOSED |
| 29-MAR-1994 | EVENT ACTION |
| 29-MAR-1994 | DEFT REFERRED PUBLIC DEFENDER |
| 29-MAR-1994 | TYPE OF BAIL SET |
| 29-MAR-1994 | CASE INITIATION |
| 13-JUL-1994 | TYPE OF BAIL SET |
| 22-JUL-1994 | EVENT ACTION |
| 22-JUL-1994 | CASE DISPOSED |
| 02-AUG-1994 | PAYMENT COMMENTS |
| 02-AUG-1994 | PAYMENTS RECEIPT NUMBER |
| 28-SEP-1994 | WARRANT ISSUED |
| 28-SEP-1994 | WARRANT/CLERK |
| 28-SEP-1994 | WARRANT COURT/CASE/DATE |
| 13 SEP 2004 | DEFT TO MAKE FURTHER PAYMENTS |

## OFFICIAL DOCUMENT

**Case ID:**                   61-1994-04450
**Docket Search Start Date:**
**Docket Search Ending Date:**

## Case Description

| | |
|---|---|
| **Case ID:** | 61-1994-04450 - REINALDO MARTINEZ |
| **Court :** | (CR) CRIMINAL |
| **Filing Date:** | Tuesday , March 29th, 1994 |
| **Type:** | M - MISDEMEANOR |
| **Status:** | ZDISP - CASE DISPOSED |

**Location :** (6D) 6TH DISTRICT COURT

## Arrest Information

**Arresting Agency :** PAWTUCKET POLICE DEPARTMENT

## Charges

| Charge# | Charge | Disposition / Date | Sentence / Judge |
|---|---|---|---|
| 1 | POSSESSION WEAPON NOT FIREARM | PLEA OF NOLO CONTENDERE<br><br>22-JUL-94 | SUSPENDED 1 Year DEROBBIO.JUDGE<br><br>PROBATION 1 Year DEROBBIO.JUDGE<br><br>INDEMNITY FUND<br><br>DEROBBIO.JUDGE<br><br>PROBATION FUND DEROBBIO.JUDGE<br><br>COURT COSTS DEROBBIO.JUDGE |

Case Event Schedule

ITENEMY2                                                    _ |□| x|

File  Edit  PF Keys  Shift PF Keys  Help

CHARGE INMATE VIEW

*** INMATE ***

INC. #: -95634
LAST NAME: MARTINEZ           FIRST: REINALDO          MINIT:
ID: 095634               D.O.B: 03/03/1966          RACE: HISPANIC

*** INMATE CHARGE ***

CASE: 619410451    CODE: 060F33  COUNT: 00   COMMITMENT DATE: 07/13/1994
COURT: 6TH         DESC: RECEIVE STOLEN GOODS UNDER $500

BAIL AMOUNT:      1,000.00   TYPE: SURETY        PROVIDER:

CHARGE DISPOSITION: DISCHARGED AT COURT          DISP DATE: 07/22/1994
ARRESTING POLICE:                                SEVERITY: LOW

ORIGINAL                 ORIGINAL
     CASE: 619410451      CHG CNT: 00

DISPLAY

4) Prev   / First                               16) Return
5) Next   / Last                               ^16) Main Menu

Ready

Start    |  MENURUN    |  Microsoft Excel    |  ITENEMY2

ITENEMY2                                                                    _|□|x|

File   Edit   PF Keys   Shift PF Keys   Help

CHARGE INMATE VIEW

*** INMATE ***

INC. #: -95634
LAST NAME: MARTINEZ          FIRST: REINALDO          MINIT:
ID: 095634          D.O.B: 03/03/1966          RACE: HISPANIC

*** INMATE CHARGE ***

CASE: 61944450   CODE: 130P20   COUNT: 00   COMMITMENT DATE: 07/13/1994
COURT: 6TH          DESC: POSS KNIFE W/BLADE OVER 3"

BAIL AMOUNT:          0.00   TYPE: HELD W/O BAIL   PROVIDER:

CHARGE DISPOSITION: DISCHARGED AT COURT          DISP DATE: 07/22/1994
ARRESTING POLICE:                                SEVERITY: LOW

ORIGINAL                    ORIGINAL
    CASE: 61944450          CHG CNT: 00

                                                        DISPLAY

4) Prev    / First                              16) Return
5) Next    / Last                               ^16) Main Menu

Ready

Start   |  MENURUN   |  Microsoft Excel   |  ITENEMY2

EXHIBIT

ITENEMY2 — □X

File  Edit  PF Keys  Shift PF Keys  Help

**INMATE ID VIEW**

**\*\*\* IDENTIFICATION \*\*\***

INC. #: -95025          SRG LEVEL: 1

INMATE ID: 95025                    PIN NO: 383520     JOB CODE:

FIRST NAME: SILO           MI:      LAST NAME: ROSARIO          SUFF:

DOB: 12/21/1973     SEX: MALE      CLASS CODE: HIGH SECURITY CAT-C

RACE: HISPANIC      SSNO: 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   SECURITY: HIGH SECURITY

CCED DATE:          BCI: x0095730     AREA/CELL: D MOD    / D04

STATUS: SENTENCED                    STATUS DATE: 02/19/2003

COMMIT TYPE: PAROLE VIOLATOR              VIOLATOR TYPE:

N/S INMATE: ☐               P.C. ☐

HEALTH:

DETAINERS: Immigratic                          FBI#:

HENRY: 1   / t   7      CLASS: 1   / A   8

COMMENTS: PROV IMM DET LODGED (DOM REP) A73 522 467 6-4-03(MV)

OUT-OF-STATE CODE:       LOCATION:                STATE:

SPANISH SPEAKING? ☐

| 1) Court Dates | 6) List Parole | 9) Show Dates | 12) Description | 15) Enemies | / Furlough | 16) Return |
| 2) Probation Data | 7) List Class | 10) List Alias | 13) List Charges | / Jobs | / Discipline | ^16) Main Menu |
| 18) Incar. History | 8) List Events | 11) List Address | 14) List Sentences | /Visits | View Image | |

Ready

Ready

Start | CLASS R.. | Infacts | MENURUN | ITCLASS | ITENEMY2 | Untitled -..

Exhibit 4

## PAROLE MINUTES VIEW

### *** INMATE ***

**T NAME:** ROSARIO          **FIRST:** SILO          **MINIT:** [ ]

**ID:** 095025          **D.O.B:** 12/21/1973          **RACE:** HISPANIC

PAI  ATE: 06/01/1999

BI    ATE: 02/12/2003          **BOARD ACTION:** MISC

N    RING DATE: [ ]          DETENTION WARRANT

### *** PAROLE BOARD MINUTES ***

A detention warrant was requested by PC Edward Ziegler
and approved by Chairperson Lisa S. Holley, RIPB.
The subject was being held by INS, who has substancial
questions about his identity and has postponed his
deportation.  PC was directed by Ms. Holley that
the subject be returned to the ACI.  BCI.

16) Return

^16) Main Menu

Exhibit 3

---

ITENEMY                                                    _|□|×|

File  Edit  PF Keys  Shift PF Keys  Help

---

COMMIT INMATE VIEW

### *** INMATE ***

LAST NAME: ROSARIO           FIRST: SILO        MINIT: [    ]
       ID: 095025           D.O.B: 12/21/1973    RACE: HISPANIC

### *** COMMITMENT EVENTS ***

| EVENT DATE | TYPE | DESCRIPTION |
|---|---|---|
| 02/06/2003 | TRANSFER | ISC E        113B  - ISC HOLD |
| 02/06/2003 | DISCHARGE | INMATE DISCH/IMMIGRATION   FROM ISC |
| 02/12/2003 | COMMENT | PAROLE TO INS TO PAROLE HOME CONF |
| 02/19/2003 | TRANSFER | HOM          - ISC |
| 02/19/2003 | TRANSFER | ISC          - ISC O        19B |

Choose by cursor position                                    LIST

| | | | |
|---|---|---|---|
| | 6) List Parole | 11) List Address | 16) Return |
| 1) List Court Dates | 7) List Class | 12) Description    /Visits | ^16) Main Menu |
| 4) Prev     / First | | 13) List Charges    / Furlough | |
| 5) Next     / Last | | 14) List Sentences    / Discipline | |
| | 10) List Alias | 15) Enemies | |

Ready

---

Start   RIDOC-Infacts 2000    MENURUN    ITENEMY



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

RHODE ISLAND TRAFFIC TRIBUNAL
345 Harris Avenue
Providence, R.I. 02909 - 1082

August 5, 2004

Mr. Silo Rosario AKA
Reinaldo Martinez
PO Box 8274
Cranston, RI 02920

Dear Mr. Martinez:

I am writing in response to your recent letter regarding your outstanding summonses.

Please be advised that upon release from prison you must bring to this Court a letter from the prison or parole board indicating the dates of your incarceration. At that time, any summonses that indicate that the hearing date and/or suspension fell within your incarceration period, the Rhode Island Traffic Tribunal will rescind the suspension. At that time, this Court will also advise you what fines must be paid and/or what requirements must be satisfied in order for your driving privilege to be restored in Rhode Island.

I hope this information is helpful to you.

The Rhode Island Traffic Tribunal
Clerk's Office

```
Parole05.rpt          R.I. DEPARTMENT OF CORRECTIONS          DATE: 03/23/04
```
```
                      *** PAROLE HEARING INFORMATION  *
```

```
   ID: 095025                                    SEC: MED SEG      02B
 NAME: ROSARIO SILO                              D.O.B: ███████

 SSNO: ███████████                 ELIGIBILITY DATE: 06/01/1999

 AKA: GIL SILO
      MARTINEZ REYNALDO
```

### *** SENTENCE INFORMATION ***

| CRT | RETRO | SENTENCE STATUS | YYY | MMM | DDD | GOOD | FULL |
|---|---|---|---|---|---|---|---|
| | 03/31/96 | EXPIRATION SENTENCE | 0 | 0 | 60 | 05/30/1996 | 05/30/1996 |
| | 05/09/95 | PAROLE VIOLATOR | 12 | 0 | 0 | 03/02/2005 | 05/09/2007 |
| | 08/13/95 | EXPIRATION SENTENCE | 10 | 0 | 0 | 08/24/2003 | 08/12/2005 |
| | 04/01/96 | PAROLE VIOLATOR | 10 | 0 | 0 | 05/25/2004 | 04/01/2006 |
| | 03/30/96 | PAROLE VIOLATOR | 10 | 0 | 0 | 05/28/2004 | 03/30/2006 |
| | 08/12/95 | EXPIRATION SENTENCE | 1 | 0 | 0 | 07/09/1996 | 08/11/1996 |

```
    JUNE 16, 1999          DENIED               RECONSIDERATION
       The reason for the denial is to parole Mr. Rosario at this
       time would depreciate his long criminal history. Addition-
       ally, the Board would like to see Mr. Rosario involved in
       more programs and moving through the system.MAX
       Vote:Unanimous;Present-Farrell,LaFazia,Jackvony

    JUNE 21, 2001          DENIED               RECONSIDERATION
       The Board votes to deny parole.  The reason for the
       denial is to parole Mr. Rosario at this time would
       depreciate his long criminal history.  Additionally, the
       Board would like to see Mr. Rosario complete the
       Spectrum Program in which he is currently enrolled.  We
       will see him again in fifteen (15) months.
       MED
       VOTE:Unanimous-Present; Holley, Walker, Denby, LaFazia

    SEPTEMBER 19, 2002        PAROLE          01/01/2003 IMM. DETAINER
       The Board votes to parole Mr. Rosario to his
       Immigration Detainer in January 2003.  If he is not
       deported he is to report to Ed Degnan's unit for
       a minimum of six months on Electronic Monitoring
       Parole.
       MEDIUM
       VOTE: Unanimous-Present; Reamer, Jackvony, Gallo
```

CONTINUED NEXT PAGE...

*** PAROLE HEARING INFORMATION ***

ID: 095025                                          SEC [REDACTED] 02B
NAME: ROSARIO SILO                                  D.O.B [REDACTED]
S[REDACTED]

                                        ELIGIBILITY DATE: 06/01/1999


MAY 13, 2003            CONTINUED            CONTINUED
    The Board is continuing this matter for one (1) month
    as Mr. Rosario was unable to provide documents showing
    his identity.
    HIGH SECURITY
    VOTE: Unanimous-Present; Holley, Gallo, Reamer, Jackvony

JUNE 12, 2003           REVOKED              FLATTEN
    The Board votes to revoke parole.  The reason for the
    revocation is while on parole Mr. Rosario misrepresented
    himself to Federal authorities, as well as his parole
    counselor, as being a Mr. Martinez.  Federal investigation
    ensued and it was later determined that he is indeed
    Silo Rosario, with a Federal Detainer for deportation
    back to the Dominican Republic.  As a result of this
    he will flatten his sentence, and then be released to
    the custody of the Federal Government.
    HIGH SECURITY
    VOTE: Unanimous-Present; Holley, Denby, Jackvony

END OF MINUTES



Exhibit 5

U. S. Department of Justice

Immigration and Naturalization Service

# Notice to Appear

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: **A073 522 467**

Case No: **PRO0306000011**

In the Matter of:

Respondent: **Silo ROSARIO-Gil** _____ currently residing at:

**IN SERVICE CUSTODY** _____

(Number, street, city state and ZIP code)                    (Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

**See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

**See Continuation Page Made a Part Hereof**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2)   ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
**Executive Officer for Immigration Review P.O. Box 750 Oakdale LOUISIANA 71463**

(Complete Address of Immigration Court, Including Room Number, if any)

on **a date to be set** _____ at **a time to be set** to show why you should not be removed from the United States based on the

(Date)                    (Time)

charge(s) set forth above.

_Danik Riccio_

**DAVID RICCIO**
**OFFICER IN CHARGE**
(Signature and Title of Issuing Officer)

Date: **5/6/03** _____

**Providence, Rhode Island**
(City and State)

## See reverse for important information

Form I-862 (Rev. 3/22/99)N

U.S. Department of Justice
Immigration and Naturalization Service                    Continuation ge for Form    I-862

| Alien's Name | File Number | Date |
|---|---|---|
| Silo ROSARIO-Gil | Case No: PRO0306000011<br>A073 522 467 | 5/6/03 |

**The Service alleges that you:**

1) You are not a citizen or national of the United States;

2) You are a native of DOMINICAN REPUBLIC and a citizen of DOMINICAN REPUBLIC;

3) You arrived in the United States at or near Unknown place, on or about unknown date;

4) You were not then admitted or paroled after inspection by an Immigration Officer.

5) You were, on May 20, 1996, convicted in the Superior Court [at] Providence, Rhode Island for the offense of Possession with Intent to Deliver a Controlled Substance, to wit: Cocaine, in violation of Section 21-28-4.01(A)(2)(a) of the Rhode Island General laws.

6) On or about February 8, 2003 and November 4, 1993, you falsely represented yourself to be a United States citizen for the following purpose or benefit: To avoid detection by Immigration Officers and to obtain a United States passport.

**On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:**

212(a)(6)(A)(i) of the Immigration and Nationality Act, as amended, in that you are an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General.

Section 212(a)(2)(C) of the Immigration and Nationality Act, as amended, in that a consular or immigration officer knows or has reason to believe you are an alien who is or has been an illicit trafficker in any controlled substance or who is or has been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking in any such controlled substance.

| Signature | Title |
|---|---|
| DAVID RICCIO | OFFICER IN CHARGE |

<u>   3   </u> of <u>   4   </u> Pages

Form I-831 Continuation Page (Rev. 6/12/92)

U.S. Department of Justice

Immigration and Naturalization Service

**Notice of Custody Determination**

Silo ROSARIO-Gil

IN SERVICE CUSTODY

Case No: PRO0306000011
File No: A073 522 467

Date: 06/04/2003

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

☒ detained in the custody of this Service.

☐ released under bond in the amount of $_____.

☐ released on your own recognizance.

☒ You may request a review of this determination by an immigration judge.

☐ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

_____
DAVID RICCIO
(Signature of authorized officer)

OFFICER IN CHARGE
(Title of authorized officer)

Providence, Rhode Island
(INS office location)

☒ I do  ☐ do not request a redetermination of this custody decision by an immigration judge.

☒ I acknowledge receipt of this notification.

_____
(Signature of respondent)

6-16-03
(Date)

---

**RESULT OF CUSTODY REDETERMINATION**

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge    ☐ District Director    ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:

☐ No change - Original determination upheld.
☐ Detain in custody of this Service.
☐ Bond amount reset to _____

☐ Release-Order of Recognizance
☐ Release-Personal Recognizance
☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97)N

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation ge for Form   I-862

| Alien's Name | File Number | Date |
|---|---|---|
| Silo ROSARIO-Gil | Case No: PRO0306000011  A073 522 467 | 5/6/03 |

Section 212(a)(6)(C)(ii) of the Immigration and Nationality Act (Act), as amended, as an alien who falsely represents, or has falsely represented, himself or herself to be a citizen of the United States for a purpose or benefit under the Act (including section 274A) or any other Federal or State law.

Signature

DAVID RICCIO

Title

OFFICER IN CHARGE

<u>__4__</u> of <u>__4__</u> Pages

Form I-831 Continuation Page (Rev. 6/12/92)

## Notice to Respondent

**Warning: Any statement you make may be used against you in removal proceedings.**

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing

To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

_____
(Signature of Respondent)

Before:

_____     Date: _____
(Signature and Title of INS Officer)

### Certificate of Service

This Notice to Appear was served on the respondent by me on ___6 - 17 - 03___, in the following manner and in
(Date)

compliance with section 239(a)(1)(F) of the Act:

■ in person          ☐ by certified mail, return receipt requested          ☐ by regular mail
☐ Attached is a credible fear worksheet.
☒ Attached is a list of organizations and attorneys which provide free legal services.
The alien was provided oral notice in the ___ENGLISH —___ language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_____          _____
(Signature of Respondent if Personally Served)          (Signature and Title of Officer)



**U.S. Department of Justice**
Executive Office for Immigration Review
*US Immigration Court - Boston*

*J.F.K. Federal Building, Government Center, Room 320*
*15 New Sudbury Street*
*Boston, Massachusetts 02203*

## LIST OF LEGAL SERVICE PROVIDERS

**Greater Boston Legal Services**
197 Friend Street
Boston, MA 02114
Tel: (617) 371-1234
Represents aliens in asylum
proceedings/ Organization does not
represent criminal aliens/
Representation dependent upon alien
meeting income guidelines/ Walk-in
services 9 a.m. - 1 p.m. (Monday
through Thursday)

**International Institute of Rhode
Island, Inc.**
645 Elmwood Avenue
Providence, RI 02907
Tel: (401) 461-5940
Fax: (401) 467-6530
Represents aliens in asylum
proceedings / Nominal fees charged
for representation/Referral service

**Catholic Legal Immigrant
Network Boston College
Immigration & Asylum Project**
885 Centre Street
Newton, MA 02159
Tel: (617) 552-0593
Fax: (617) 552-2615
Representation limited to aliens in
INS custody or incarcerated / must
meet income guidelines

**Immigrant Legal Advocacy
Project (ILAP)**
One India Street
Portland, ME 04101
Tel: (207) 780-1593
Toll Free: (800) 497-8505
Represents aliens in asylum
proceedings
Representation in removal
proceedings and before DHS
(Formerly INS)
Representation limited to Maine
residents
Representation dependent on income
Nominal fees apply, depending on
income. Immigration Clinic,

**Community Legal Services and
Counseling Center**
One West Street
Cambridge, MA 02139
Tel: (617) 661-1010
Fax: (617) 661-3289
Represents aliens in asylum
proceedings and victims of domestic
violence seeking lawful permanent
residence. Representation
dependent upon income

**Centro Presente**
54 Essex Street, 2nd Floor
Cambridge, MA 02139
Tel: (617) 497-9080
Fax: (617) 497-7247
Email: cpresente@igc.org
Website: www.CentroPresente.org
Provides assistance with NACARA,
TPS, family-based visa petitions,
citizenship and support services for
ABC political asylum
program/Translates official
documents/Offers interpreters.

**International Institute of Boston**
One Milk Street
Boston, MA 02109-5413
Tel: (617) 695-9990
Fax: (617) 695-9191
Represents Asylum
Seekers/Criminal Aliens/Cancellation
of Removal/Family-Based
Adjustment of Status and Consular
Processing/Must meet income
guidelines for representation/nominal
fees may apply (Clinic Hours: weekly
clinic on Thursdays at 8:30 a.m. One
Saturday per month at 8:30 a.m. Call
for more information.)  No detained
cases.

**Asian-American Civic Association**
200 Tremont Street
Boston, MA 02116
Tel: (617) 426-9492
Fax: (617) 482-2316
Referral and Information and
Counseling Service. Answers
questions regarding  immigration
status, filing of petitions.
First come, first served basis.
(Clinic hours: Friday, 9 a.m. to 11:30
a.m., or by appointment)

**Catholic Charities Immigration
Services**
75 Kneeland Street, 8th Floor
Boston, MA 02111
Tel: (617) 451-7979
Fax: (617 629-5768
Represents aliens in asylum
proceedings/Nominal fees charged for
representation/Phone-in legal clinic/No
representation of criminal
aliens/Family visa and battered
immigrant spouse petitions.

**Political Asylum/Immigration
Representation Project (PAIR)**
14 Beacon Street, #804A
Boston, Massachusetts 02108
Tel: (617) 742-9296
Fax: (617) 742-9385
Represents aliens in asylum
proceedings/Referral service &
counseling/Referrals for INS
detainees. (Organization accepts collect calls on
a limited basis)

## CHANGE OF ADDRESS FORM

OMB No. 1105-0066

YOU ARE REQUIRED TO NOTIFY THE EXECUTIVE OFFICE FOR IMMIGRATION REVIEW (EOIR) OF ANY CHANGE OF ADDRESS AND ANY CHANGE OF TELEPHONE NUMBER WITHIN FIVE DAYS OF MOVING OR CHANGING YOUR NUMBER. YOU WILL RECEIVE NOTIFICATION AS TO THE TIME, DATE AND PLACE OF HEARING OR OTHER OFFICIAL CORRESPONDENCE ONLY AT THE ADDRESS WHICH YOU PROVIDE.

### IMMIGRATION COURT:

Failure to appear at any hearing before an Immigration Judge, when notice of that hearing or other official correspondence was personally served on you or sent to the address you provided, may result in one or more of the following actions:

1. If you are not already detained, you may be taken into custody by the INS and held for further action.

2. If you are in deportation proceedings, your hearing may be held in your absence under Section 242B of the Immigration and Nationality Act, and an order of deportation may be entered against you. Furthermore you may become ineligible for the following forms of relief from deportation:

   a. Voluntary departure as provided for in Section 242(b) of the Immigration and Nationality Act;
   b. Suspension of deportation or voluntary departure as provided for in Section 244 of the Immigration and Nationality Act;
   c. Adjustment of status or change of status as provided for in Section(s) 245, 248, or 249 of the Immigration and Nationality Act.

3. If you are in exclusion proceedings:

   a. Your application for admission to the United States may be considered withdrawn, and
   b. Your hearing may be held in your absence and an order of exclusion or deportation entered against you.

### Change of Address Instructions
### (complete the Change of Address Form below)

Note: *See the mailing instructions on the back of this form.*

This is to notify you that my address or phone number has changed.

| | |
|---|---|
| *Name* | *Alien Registration Number* |

*Old Address*

*New Number, Street, Apt.*

*City, State, Zip Code, or Country if other than U.S.*

In Care Of: _____

*Appropriate person, if any*

| | |
|---|---|
| *Date of Address Change* | *New Telephone Number* |

*Signature*

Form EOIR - 33/IC
Revised 4/96