UNITED STATES DISCTRICT COURT FOR THE STATE OF RHODE ISLAND

REINALdo MARTINEZ AKA
SILO ROSARIO

v.

ALBELTO GONZAlES
And CONdoleEZZA RICE

CA 05 112S

MOTION TO PROCEED IN FORMA PAUPERIS

Now comes the Plaintiff/ REINAldo MARTINEZ and prays that this Honorable Court waive the cost of service or process and filing fees, on the grounds that the Plaintiff/ is presently indigent, and as such has no funds wherewith to pay these costs.

Dated: 3-7-05

REINALdo MARTINEZ AKA
SILO ROSARIO

Print Name

Respectfully Submitted,

Reinaldo Martinez
Silo Rosario

P.O BOX 8200

Cranston, Rhode Island
02920

ORDER

Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor.

District Judge

APPROVED: ____________________

JUSTICE

ENTERED: ____________________

CLERK

2

# INFORMA PAUPERIS AFFIDAVIT

## RHODE ISLAND FEDERAL DISTRICT COURT

REINALdo MARTINEZ. A.K.A 05 112

SILO ROSARIO

(PETITIONER)

Affidavit in support of request
to proceed in forma pauperis

Vs

ALbELTO GONZALES
And CONdoleezza RICE

(RESPONDENT (s))

I, REINALdo MARTINEZ. AKA SILO ROSARIO, Declare under penalty of perjury that I am the movant in the above entitled case: That in support of my motion to proceed without being required to prepay fees, costs of said proceeding or to give security therefor: That I believe I am entitled to relief.

I further declare under penalty of perjury that the responses which I have made to question and instructions below are true.

1. Are you presently employed ? Yes (✓) No ( )

A. If you answer is "yes", State the amount of your salary or wages per month, and give the name and address of your employer. $ 30 dALLARS A MONTH

B. If the answer is "no" State the date of last employment and the amount of the salary and wages per month which you received. ______________________

2. Have you received within the past twelve months any money from any of the following sources ?

(a) Business, profession or form of self-employment ? Yes ( ) No ( )

(b) Rent payments, Interest or dividends ? Yes ( ) No ( )

(c) Pensions, annuities or life insurance payments ? Yes ( ) No ( )

(d) Gifts, or inheritance ? Yes ( ) No ( )

(e) Any other sources ? Yes (✓) No ( )

If the answer to any of the above is "yes" describe each source of money and state the amount received from each during the past twelve months. $ 80 dALLARS FROM A FRIEND AND $ 29 DALLARS FROM THE ACI AND INMATES ACCOUNT TOOKED hALF ON bOTH OCASSION bECAUSE I AM IN dEbT TO THEM

3. Do you own cash, or do you have money in a checking or saving account ?

Yes ( ) No ( ) ( Include any prison account )

If the answer is "yes" State the total value of the items owned. I hAVE $ 41.26 dALLARS IN MY INACTIVE ACCOUNT

4. Do you own any real estate, Stock, Bonds, Notes, Automobiles, or other valuable property ( excluding ordinary household furnishing and clothing) ?

Yes ( ) No (✓)

If the answer is "yes" describe the property and state its approximate value.

_______________________________________________

5. List the person who are dependent upon you for support, State your relationship to those person, And indicate how much you contribute toward their support.
JEANNETTE PAGE MY KIDS MOTHER'S
I TRY TO HELP AS MUCH AS I CAN
WHEN I RECEIVE ANY INCOME

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON ______________________
(date)

Reinaldo Martinez Silo Rosario
(signature)

PRINT NAME : REINALDO MARTINEZ AKA SILO ROSARIO

ADDRESS: P. O BOX 8200

CITY,STATE,ZIP: CRANSTON R.I 02920

Subscribed and sworn to, before me in Cranston in the County of Providence
In the State of Rhode Island and Providence Plantations, This 2nd Day of
March A.D. 2005.

Clerk/Notary Public

Expiration Date: 9/22/05

3/2/05
Date

Seal