UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

REINALDO MARTINEZ,
A/K/A SILO ROSARIO

vs. C.A. No. 05-112S

ALBERTO GONZALES, United
States Attorney General and
CONDOLEZZA RICE,
Secretary of State of the
United States

ORDER

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. §2241 for Writ of Habeas Corpus." Said response will be filed on or before **April 20, 2005**.

By Order,

Deputy Clerk

ENTER:

William E. Smith
U.S. District Judge

Date:

3