CA: 05-112S

US DISTRICT COURT
OFFICE OF THE CLERK
EXCHANGE TERRACE
PROVIDENCE RI 02903

RECEIVED
APR 05 2005
COURT

3-21-05

Re: REINALDO MARTINEZ, AKA SILO ROSARIO
Vs
ALBERTO GONZALES AND CONDOLEZZA RICE
COMPLAINT FOR DECLARATION JUDGMENT

Dear Clerk

ON MARCH 7, 2005. I FORWARD ~~[illegible]~~ A CIVIL RIGHT COMPLAINT TO THE ACI INMATE ACCOUNT, REQUESTING THAT A CHECK ~~be~~ AND AN INDIGENT FORM BE SENT TO YOUR OFFICER TOGETHER WITH THE COMPLAINT. SOMEHOW A MISTAKE WAS MADE BY THE ACI AND THE COMPLAINT WAS MAILED OUT WITHOUT THE CHECK OR INDIGENT FORM THEREFORE, I AM ENCLOSING WITH THIS COVER LETTER A CHECK FOR ALL THE MONEY I HAVE IN MY INACTIVE ACCOUNT AND THE INDIGENT FORM AND I AM TRULY SORRY FOR THE INCONVIMENCES.

P.S IF YOU DID NOT RECEIVED MY COMPLAINT SENT ON MARCH 7-05 PLEASE NOTIFY ~~me~~ ME AS SOON AS POSSIBLE.
THANK YOU FOR YOUR TIME.

(5)

# INDIGENCY FORM / INMATE ACCOUNTS

Instructions: Any inmate requesting indigency status must first send this form to the Adult Correctional Institution Inmate Accounts Department to be filed out. After the form is complete, it is to be forwarded to the Rhode Island Family Court along with all other indigency forms.

INMATE NAME SILO ROSARIO

SOCIAL SECURITY NUMBER 127 70 5940

DATE OF BIRTH 12-21-73

BUILDING HSC

RECEIVED APR 05 2005

---

This portion is to be filled out by the Inmate Accounts Department:

CERTIFICATE

I certify that the applicant named herein has the sum of $ -23.56 on account to his/her credit at (name of institution) Adult Correctional Institutions

I further certify that the applicant has the following securities to his/her credit N/A ______. I further certify that during the past six months the applicant's average balance was $ -61.01.

03/16/05
Date

[signature]
Signature of Authorized Officer

Rhode Island Departement of Corrections

Inmate Account History

ID#: 95025

Name: ROSARIO, SILO

Date of birth: 1973-12-21

Location: HS - D MOD - D04

Balances as of 3/14/2005:

| Available | - Debt | + Encumbered | = Account Balance |
|---|---|---|---|
| 0.29 | -65.11 | 41.26 | -23.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/2004 | LEGAL COPY | LEGAL COPIES MED | 5.85 | 0.00 | 86.92 | 26.01 |
| 7/20/2004 | MED COPY | MED COPIES MED | 12.00 | 0.00 | 98.92 | 26.01 |
| 7/22/2004 | POSTAGE | CERTIFIED MAIL | 3.85 | 0.00 | 102.77 | 26.01 |
| 7/27/2004 | MEDICAL | MEDS MED 06-01-2004 | 3.00 | 0.00 | 105.77 | 26.01 |
| 8/2/2004 | MEDICAL | VIS MED 07-09-2004 | 3.00 | 0.00 | 108.77 | 26.01 |
| 8/19/2004 | LEGAL COPY | LEGAL COPIES 7-14 TO 7-28 | 0.80 | 0.00 | 109.57 | 26.01 |
| 8/27/2004 | LEGAL COPY | LEGAL COPIES MED 7-28 8-11 | 3.80 | 0.00 | 113.37 | 26.01 |
| 9/3/2004 | LEGAL COPY | LEGAL COPIES | 1.30 | 0.00 | 114.67 | 26.01 |
| 9/3/2004 | LEGAL COPY | LEGAL COPIES 8-04 HS | 2.40 | 0.00 | 117.07 | 26.01 |
| 10/20/2004 | LEGAL COPY | LEGAL COPIES H SEC 9-04 | 15.50 | 0.00 | 132.57 | 26.01 |
| 10/20/2004 | CASH A GE | INITIAL DEPOSIT - REINSTATE | 0.00 | 0.00 | 132.57 | 26.01 |
| 10/29/2004 | LEGAL COPY | LEGAL COPIES | 10.40 | 0.00 | 142.97 | 26.01 |
| 10/29/2004 | CLAIMS RCV | CLAIM SETTLEMENT | 29.14 | 29.14 | 142.97 | 26.01 |
| 10/29/2004 | <MEDICAL> | Payment for MEDICAL on 2004-01-21-15.32. | -4.00 | 25.14 | 138.97 | 26.01 |
| 10/29/2004 | <MEDICAL> | Payment for MEDICAL on 2004-01-22-15.31. | -2.00 | 23.14 | 136.97 | 26.01 |
| 10/29/2004 | <MEDICAL> | Payment for MEDICAL on 2004-01-22-15.31. | -2.00 | 21.14 | 134.97 | 26.01 |
| 10/29/2004 | <MEDICAL> | Payment for MEDICAL on 2004-01-29-10.52. | -4.00 | 17.14 | 130.97 | 26.01 |
| 10/29/2004 | <MEDICAL> | Payment for MEDICAL on 2004-02-19-13.01. | -2.00 | 15.14 | 128.97 | 26.01 |
| 10/29/2004 | <MEDICAL> | Payment for MEDICAL on 2004-03-19-14.22. | -0.57 | 14.57 | 128.40 | 26.01 |
| 11/1/2004 | POSTAGE | POSTAGE | 0.37 | 14.57 | 128.77 | 26.01 |
| 11/1/2004 | <POSTAGE> | POSTAGE | -0.37 | 14.20 | 128.40 | 26.01 |
| 11/4/2004 | POSTAGE | POSTAGE | 2.67 | 14.20 | 131.07 | 26.01 |
| 11/4/2004 | <POSTAGE> | POSTAGE | -2.67 | 11.53 | 128.40 | 26.01 |
| 11/9/2004 | EPR | OID:100361803-ComisaryPurch-Reg | -11.08 | 0.45 | 128.40 | 26.01 |
| 11/12/2004 | LEGAL COPY | LEGAL COPIES MED SEC | 0.45 | 0.45 | 128.85 | 26.01 |
| 11/12/2004 | <LEGAL COPY> | LEGAL COPIES MED SEC | -0.45 | 0.00 | 128.40 | 26.01 |
| 11/18/2004 | CASH A GE | JEANNETTE PAGE | 80.00 | 80.00 | 128.40 | 26.01 |
| 11/18/2004 | <MEDICAL> | Payment for MEDICAL on 2004-03-19-14.22. | -1.43 | 78.57 | 126.97 | 26.01 |
| 11/18/2004 | <MEDICAL> | Payment for MEDICAL on 2004-05-26-11.08. | -6.00 | 72.57 | 120.97 | 26.01 |
| 11/18/2004 | <MEDICAL> | Payment for MEDICAL on 2004-07-27-10.16. | -3.00 | 69.57 | 117.97 | 26.01 |
| 11/18/2004 | <MEDICAL> | Payment for MEDICAL on 2004-08-02-08.15. | -3.00 | 66.57 | 114.97 | 26.01 |
| 11/18/2004 | <MED COPY> | Payment for MED COPY on 2004-07-20-13.24 | -12.00 | 54.57 | 102.97 | 26.01 |
| 11/18/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-01-08-15. | -12.50 | 42.07 | 90.47 | 26.01 |

RECEIVED APR 05 2005

Due to computer posting the 'Balances as of 3/14/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.

Rhode Island Department of Corrections

Inmate Account History

ID#: 95025

Name: ROSARIO, SILO

Date of birth: 1973-12-21

Location: HS - D MOD - D04

| Balances as of 3/14/2005: | | | |
|---|---|---|---|
| Available | - Debt | + Encumbered | = Account Balance |
| 0.29 | -65.11 | 41.26 | -23.56 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/18/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-01-23-11. | -0.30 | 41.77 | 90.17 | 26.01 |
| 11/18/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-01-26-14. | -1.00 | 40.77 | 89.17 | 26.01 |
| 11/18/2004 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-02-05-14. | -0.77 | 40.00 | 88.40 | 26.01 |
| 11/22/2004 | EPR | OID:100365883-ComisaryPurch-Reg | -37.66 | 2.34 | 88.40 | 26.01 |
| 11/26/2004 | POSTAGE | POSTAGE | 0.74 | 2.34 | 89.14 | 26.01 |
| 11/26/2004 | <POSTAGE> | POSTAGE | -0.74 | 1.60 | 88.40 | 26.01 |
| 11/30/2004 | EPR | OID:100367798-ComisaryPurch-Reg | -0.70 | 0.90 | 88.40 | 26.01 |
| 12/1/2004 | POSTAGE | POSTAGE | 0.74 | 0.90 | 89.14 | 26.01 |
| 12/1/2004 | <POSTAGE> | POSTAGE | -0.74 | 0.16 | 88.40 | 26.01 |
| 1/21/2005 | PAYROLL HS | PORTER | 30.00 | 22.66 | 88.40 | 33.51 |
| 1/21/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-02-05-14. | -2.73 | 19.93 | 85.67 | 33.51 |
| 1/21/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-02-20-11. | -3.35 | 16.58 | 82.32 | 33.51 |
| 1/21/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-03-16-14. | -1.15 | 15.43 | 81.17 | 33.51 |
| 1/21/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-03-25-13. | -7.77 | 7.66 | 73.40 | 33.51 |
| 1/25/2005 | EPR | OID:100386569-ComisaryPurch-Reg | -7.52 | 0.14 | 73.40 | 33.51 |
| 2/4/2005 | LEGAL COPY | LEGAL COPIES H S 1-05 | 7.35 | 0.14 | 80.75 | 33.51 |
| 2/4/2005 | <LEGAL COPY> | LEGAL COPIES H S 1-05 | -0.14 | 0.00 | 80.61 | 33.51 |
| 2/21/2005 | PAYROLL HS | PORTER | 31.00 | 23.25 | 80.61 | 41.26 |
| 2/21/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-03-25-13. | -2.68 | 20.57 | 77.93 | 41.26 |
| 2/21/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-06-10-11. | -7.55 | 13.02 | 70.38 | 41.26 |
| 2/21/2005 | <LEGAL COPY> | Payment for LEGAL COPY on 2004-07-16-15. | -5.27 | 7.75 | 65.11 | 41.26 |
| 2/22/2005 | EPR | OID:100395360-ComisaryPurch-Reg | -7.46 | 0.29 | 65.11 | 41.26 |

Due to computer posting the 'Balances as of 3/14/2005' may not reflect all trransactions posted for this period. Carefully review the information on this statement. If you question or dispute any item you must submit a request form to the inmate accounts office within 30 days.