UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

REINALDO MARTINEZ, aka
SILO ROSARIO,
Plaintiff,
v.

CA 05-112S

ALBERTO GONZALEZ and
CONDOLEEZZA RICE,
Defendants.

**ORDER**
**DENYING MOTION TO PROCEED**
**IN FORMA PAUPERIS**

Because the court has determined that Plaintiff's Complaint should be treated as a "Motion Under 28 U.S.C. §2241 for Writ of Habeas Corpus," Order of 3/22/05 (Document #3) (requiring government to file its response),[1] and Plaintiff has the ability to pay the $5.00 filing fee required for habeas corpus actions, Plaintiff's Motion to Proceed in Forma Pauperis is DENIED. Plaintiff is directed to send the $5.00 filing fee to the Clerk's Office within ten days of the date of this order.

ENTER:

DAVID L. MARTIN
United States Magistrate Judge
April 8, 2005

BY ORDER:

Deputy Clerk

[1] When this Magistrate Judge issued the Order of March 24, 2005, noting that the filing fee for a civil action has been increased to $250.00, see Order of 3/24/05 (Document #4) at 2 n.1, he was not aware of District Judge Smith's Order of 3/22/05 (Document #3). In light of Judge Smith's Order treating Plaintiff's Complaint as a "Motion Under 28 U.S.C. §2241 for Writ of Habeas Corpus," Order of 3/22/05, the filing fee for this action is $5.00.

6