IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REINALDO MARTINEZ, a/k/a SILO ROSARIO [A73 522 467] Petitioner | ) | |
| v. | ) | C.A. No. 05-112S |
| ALBERTO GONZALES, ATTORNEY GENERAL, ET AL. Respondent | ) | |

**OBJECTION TO ORDER GRANTING MOTION TO APPOINT COUNSEL**

Respondents object to the April 14, 2005, order of the Court, Martin, M.J., granting petitioner's motion to appoint counsel, for the reasons set forth in the attached memorandum of law.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER (#3415)
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000



11

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of April, 2005, a copy of the within was served by first class mail, postage pre-paid as follows:

Silo Rosario, aka Reinaldo Martinez
P.O. Box 8200
Cranston, R. I. 02920

Nancy A. DeQuinzio

FILED

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| REINALDO MARTINEZ, | ) | |
| a/k/a SILO ROSARIO [A73 522 467] | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | C.A. No. 05-112S |
| | ) | |
| ALBERTO GONZALES, ATTORNEY | ) | |
| GENERAL, ET AL. | ) | |
| Respondent | ) | |

**MEMORANDUM IN SUPPORT OF OBJECTION TO ORDER GRANTING MOTION TO APPOINT COUNSEL**

On April 14, 2005, this Court, Martin, M.J., granted petitioner's motion to appoint counsel. The order should be set aside and the motion denied for the following reasons:

1. There is no constitutional right to counsel in federal habeas corpus. Wyman v. United States, 62 Fed.Appx. 364, 368, 2003 WL 1825736, 3 (1st Cir. 2003), *cert. pending* (unpublished) (citing McCleskey v. Zant, 499 U.S. 467, 495 (1991). See also, Ellis v. U.S., 313 F.3d 636, 652 (1st Cir. 2002) cert. denied, 502 U.S. 869, (Oct 07, 1991) ("A convicted criminal has no constitutional right to counsel with respect to habeas proceedings.");

2. The underlying petition is frivolous, as more fully set out in the motion to dismiss the petition previously filed on April 8, 2005. A copy is attached;

3. Respondents were not served with the motion and did not have an opportunity to respond;

4. Petitioner's case is not complicated, and does not involve questions of constitutional law.

Respectfully submitted,
ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER (#3415)
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of April, 2005, a copy of the within was served by first class mail, postage pre-paid as follows:

Silo Rosario, aka Reinaldo Martinez
P.O. Box 8200
Cranston, R. I. 02920

FILED