UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| REINALDO MARTINEZ, a/k/a SILO ROSARIO<br>Petitioner<br><br>v.<br><br>ALBERTO GONZALEZ and CONDOLEEZZA RICE,<br>Respondents | : | CA 05-112S |

ENTRY OF APPEARANCE

I, George J. West, Esq., hereby enter my appearance for the Petitioner, Reinaldo Martinez, a/k/a Silo Rosario, in the above matter.

George J. West
George J. West, #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
Telephone: 401-861-9042
Facsimile: 401-861-0330

DATE: 4/26/05

12