UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

REINALDO MARTINEZ, a/k/a :
SILO ROSARIO :
Petitioner :
:
v. : CA 05-112S
:
ALBERTO GONZALEZ and :
CONDOLEEZZA RICE, :
Respondents :

MOTION TO ENLARGE TIME
TO RESPOND TO DEFENDANT'S MOTION TO DISMISS
AND DEFENDANT'S OBJECTION TO MAGISTRATE JUDGE'S
APPOINTMENT OF COUNSEL

Now comes the Plaintiff and moves that the court will enter an order enlarging the time to respond to the defendant's Motion to Dismiss and Objection to the Magistrate Judge's Appointment of Counsel for a period of thirty (30) days through and including May 30, 2005. The reason for the request is that counsel requires time to assess the case, meet with his newly appointed client and determine a course of action.

It is respectfully submitted that such an enlargement would be fair, and is reasonable as the case appears newly filed and is in its early stages. The government has no objection to this motion.

(13)

Reinaldo Martinez,
a/k/a Silo Rosario
By His Attorney,

George J. West, #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
Telephone: 401-861-9042
Facsimile: 401-861-0330

DATE: 4/28/05

CERTIFICATE

I hereby certify that on this 28th day of April, 2005, a copy of the within was served by first class mail, postage pre-paid as follows:

Robin E. Feder
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Silo Rosario, aka Reinaldo Martinez
P.O. Box 8200
Cranston, RI 02920