UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

REINALDO MARTINEZ, a/k/a Silo Rosario,

Plaintiff

VS. C.A. No. 05-112S

ALBERTO GONZALES, ET AL.,

Defendants

**ORDER**

After a conference was held with the parties before Judge William E. Smith on May 23, 2005, plaintiff's request for a temporary restraining order is DENIED.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 5/24/05

17