**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

REINALDO MARTINEZ, )
a/k/a SILO ROSARIO [A73 522 467] )
Petitioner )
)
v. ) C.A. No. 05-112S
)
ALBERTO GONZALES, ATTORNEY )
GENERAL, ET AL. )
Respondent )

**RESPONDENTS' SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS OBJECTION TO REQUEST FOR TEMPORARY RESTRAINING ORDER**

During a chambers conference on March 23, 2005, regarding petitioner's request for a temporary restraining order, the Court, Smith, J., invited supplemental memoranda on the legal issues discussed. Accordingly, respondent submits the following:

The basis of petitioner's claim for affirmative injunctive relief - that he not be taken into custody because of his claim of United States citizenship - appears to be barred by 8 C.F.R. § 235.3, which applies to aliens who have entered the United States without being admitted. 8 C.F.R. § 235.3(b)(1)(ii). The regulations specifically address those who claim U.S. citizenship and note that such individuals "shall be detained" pending review of the expedited removal order. 8 C.F.R. § 235.3(b)(5). See also, 8 C.F.R. § 235.1(b) (persons claiming U.S. citizenship); 8 U.S.C. § 235(1)(aliens treated as applicants for admission). Moreover, this section of the Federal Regulations instructs, in a general way, that there are situations in which those claiming U.S. citizenship will be detained pending a final administrative determination regarding the citizenship claim. Id. Plaintiff's argument that he cannot be detained simply because he claims

to be a U. S. citizen is faulty.

For all of the foregoing reasons, the request for injunctive relief should be denied, and the petition dismissed.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER (#3415)
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 528-5477

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 31st day of May, 2005, a copy of the within was mailed as follows:

George West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903