George J. West, Esq.
One Financial Plaza - Suite 1500
Providence, RI 02903
Tel. 401-861-9042
Fax 401-861-0330

Attorney for Petitioner

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| REINALDO MARTINEZ, A.K.A., SILO ROSARIO,<br>Petitioner,<br>and<br>ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL et al.,<br>Respondent | Case No.: C.A. 05-112S<br><br>Supplemental Memorandum in Connection with Application of 8 C.F.R. 235.1 |

The petitioner, Reinaldo Martinez Jr., A.K.A., Silo Rosario, submits this supplemental memorandum regarding the application of 8 C.F.R.§235.1. This section states in its pertinent part:

> (ii) As specifically designated by the Commissioner, aliens who arrive in, attempt to enter, or have entered the United States without having been admitted or paroled following inspection by an immigration officer at a designated port-of-entry, <u>and who have not established to the satisfaction of the immigration officer that they have been physically present in the United States continuously for the 2-year period immediately prior to the date of determination of inadmissibility</u>. The Commissioner shall have the sole discretion to apply the provisions of section 235(b)(1) of the Act, at any time, to any class of aliens described in this section. The Commissioner's designation shall become effective upon publication of a notice in the Federal Register. However, if the Commissioner determines, in the

> exercise of discretion, that the delay caused by publication would adversely affect the interests of the United States or the effective enforcement of the immigration laws, the Commissioner's designation shall become effective immediately upon issuance, and shall be published in the Federal Register as soon as practicable thereafter. When these provisions are in effect for aliens who enter without inspection, the burden of proof rests with the alien to affirmatively show that he or she has the required continuous physical presence in the United States. Any absence from the United States shall serve to break the period of continuous physical presence. An alien who was not inspected and admitted or paroled into the United States but who establishes that he or she has been continuously physically present in the United States for the 2-year period immediately prior to the date of determination of inadmissibility shall be detained in accordance with section 235(b)(2) of the Act for a proceeding under section 240 of the Act.

8 C.F.R. §235 (b)(1)(ii)

The defendant served since 1995 through September 2003 in the Adult Correctional Institution in Rhode Island prior to the filing of the Notice to Appear in connection with Removal Proceedings dated 5/6/03. In 5/6/03 paperwork the official charges Mr. Rosario (here Reinaldo Martinez a/k/a Silo Rosario) with being an alien present in the U.S. without being admitted or paroled or who arrived in the United States at any time or place other than as designated by the Attorney General. There is no circumstance alleged in that documentation that that petitioner was not in the United States for a period of two years prior to the foregoing allegation. Indeed he was and this particular regulation does not apply to him for that reason. (See attached 5.3.03 documentation.)

Wednesday, June 01, 2005

One Financial Plaza
- Suite 1500
Providence, RI 02903
Tel. 401-861-9042
Fax 401-861-0330
George J. West, Esq.

Certificate

I hereby certify I faxed a copy of the foregoing to Robin Feder, Esq. assisting United States attorney, fleet center 50 Kennedy Plaza, eighth floor Providence, RI 02903 this 1st day of June, 2005.