**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| REINALDO MARTINEZ,<br>a/k/a SILO ROSARIO [A73 522 467]<br>Petitioner | ) | |
| v. | ) | C.A. No. 05-112S |
| ALBERTO GONZALES, ATTORNEY<br>GENERAL, ET AL.<br>Respondent | ) | |

**RESPONDENTS' OBJECTION TO PETITIONER'S
APPLICATION FOR BAIL**

Respondents object to Petitioner's Application for Bail, for the reasons set forth in the attached memorandum of law.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER (#3415)
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day of June, 2005, a copy of the within was served by regular mail, as follows:

George West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| REINALDO MARTINEZ,<br>a/k/a SILO ROSARIO [A73 522 467]<br>Petitioner<br><br>v.<br><br>ALBERTO GONZALES, ATTORNEY<br>GENERAL, ET AL.<br>Respondent | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-112S |

**RESPONDENTS' MEMORANDUM IN SUPPORT OF OBJECTION TO PETITIONER'S APPLICATION FOR BAIL**

Respondents object to Petitioner Reinaldo Martinez, AKA Silo Rosario's Application for Bail, for the reasons set forth in Respondents' Motion to Dismiss and supporting Memorandum, filed with the Court on April 8, 2005; Respondents' Objection to Request for Temporary Restraining Order and supporting Memorandum, filed with the Court on May 23, 2005; and Respondent's Supplemental Memorandum in Support of Objection to Request for Temporary Restraining Order.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER (#3415)
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 6th day of June, 2005, a copy of the within was sent by regular mail, as follows:

George West, Esq.
One Financial Plaza, Suite 1500
Providence, RI 02903

Nancy A. DiQuinzio