UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA05-112S** **July 26, 2005**

**TITLE: REYNALDO MARTINEZ V. ALBERTO GONZALEZ**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**IN COURT: 9:41 a.m. - 10:32 a.m.**

---

**COUNSEL PRESENT: Government: Robin E. Feder, AUSA**
**Petitioner: George J. West, Esquire**

**RE: Petition's Application for Bail; Govt's Appeal of Magistrate Judge Martin's Order granting Motion to Appoint Counsel dated April 15, 2005; Govt's Motion to Dismiss**

**Proceedings: All counsel of record present; Petitioner present; Arguments heard; Attorneys to file further briefs regarding this matter within 10 days. Court will take the matter under advisement.**