AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

REINALDO MARTINEZ, A/K/A
SILO ROSARIO

V.

ALBERTO GONZALES, as United States
Attorney General, and CONDOLEEZA RICE,
as United States Secretary of State

**JUDGMENT IN A CIVIL CASE**

Case Number: C.A. NO. 05-112S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF RESPONDENTS AGAINST PETITIONER, PURSUANT TO THE DECISION AND ORDER ENTERED ON THIS DATE GRANTING RESPONDENTS' MOTION TO DISMISS AND DENYING PETITIONER'S PETITION FOR WRIT OF HABEAS CORPUS.**

September 13, 2005
Date

Clerk

ALBA-SUE MERCURIO
(By) Deputy Clerk